RECEIVED
OCT 12 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLOTTE SINCLAIR, et al. | CIVIL ACTION NO. 09-00096 |
| -vs- | JUDGE DRELL |
| ALLEN PARISH SCHOOL BOARD, et al. | MAGISTRATE JUDGE KIRK |

## JUDGMENT

After considering the defendant's arguments contained in its Motion for Summary Judgment (Doc. 32), and after carefully reviewing the record in the above captioned matter, the Court enters the following dispositions:

(1) Defendant's motion for summary judgment, insofar as it requests dismissal of Plaintiff's claims under the Fourth and Sixth Amendments of the U.S. Constitution; for harassment, retaliation, hostile work environment, and constructive discharge under Title VII and 42 U.S.C. § 1981; for intentional infliction of emotional distress, fraudulent inducement, breach of contract, and abuse of right under Louisiana state law; for Mr. Sinclair's loss of consortium; and for the minor son's, LPS, loss of consortium is **GRANTED**, and those claims are DISMISSED WITH PREJUDICE;

(2) Mrs. Sinclair's claims for contempt of court are DISMISSED for lack of federal jurisdiction; and

(3) Defendant's motion, insofar as it requests dismissal of Plaintiff's claims under the Fourteenth Amendment and 42 U.S.C. § 1983 is **DENIED**.

SIGNED on this 12 day of October, 2011 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE